Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Summit Family Restaurants Inc** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Casa Bonita** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-0264039** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2501 N. Hayden Road, Suite 103**<br>**Scottsdale, AZ 85257**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**6715 West Colfax Avenue Denver, CO 80214**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Summit Family Restaurants Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Summit Family Restaurants Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/06/2021
MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

**Robert E. Wheaton**
Printed name

Email Address of debtor: starbuffetaz@gmail.com

Title  **CEO and sole Director**

**18. Signature of attorney**

X _/s/ Wesley D. Ray_
Signature of attorney for debtor

Date 04/06/2021
MM / DD / YYYY

**Wesley D. Ray 026351**
Printed name

**Sacks Tierney P.A.**
Firm name

**4250 N Drinkwater Blvd.
4th Floor
Scottsdale, AZ 85251-3693**
Number, Street, City, State & ZIP Code

Contact phone  480-425-2600       Email address  Wesley.Ray@sackstierney.com

**026351 AZ**
Bar number and State

SUMMIT FAMILY RESTAURANTS, INC.
BALANCE SHEET

|  | March 22 2021 |
|---|---|
|  | (Unaudited) |
| **Current assets:** |  |
| Cash and cash equivalents | 991,271 |
| Receivables, net | 52,701 |
| Inventories |  |
| Prepaid expenses | - |
| Total current assets | 1,043,972 |
| Property, buildings and equipment, net | 148,456 |
| Property and equipment leased to third parties, net |  |
| Property, buildings and equipment held for future use |  |
| Total property, buildings and quipment | 148,456 |
| Capital Lease Asset | 2,489,460 |
| Total assets | 3,681,888 |
| **Current liabilities:** |  |
| Accounts payable – trade | 47,169 |
| Payroll and related taxes | 148,684 |
| Sales and property taxes | 23,489 |
| Rent, licenses and other | 329,770 |
| Income taxes payable | - |
| Current maturities of obligations under long-term debt |  |
| Other accrued S-T liabilities (Capital Lease) | 226,223 |
| Total current liabilities | 775,335 |
| Long-term Capital Lease | 2,497,806 |
| Long-term debt, (SBA EIDL) | 149,900 |
| Long-term debt, (PPP) | 1,001,563 |
| Liabiliites | 4,424,605 |
| **Stockholders' equity:** |  |
| Common stock, $.001 par value; | 10 |
| Additional paid-in capital | 990 |
| Retained earnings | (743,717) |
| Total stockholders' equity | (742,717) |
| Total liabilities and stockholders' equity | 3,681,888 |

SUMMIT FAMILY RESTAURANTS
STATEMENT OF OPERATIONS

| | ACTUAL Eight Weeks ended Mar 22, 2021 |
|---|---:|
| Total Revenues | $ - |
| Costs and expenses: | |
|    Food Costs | - |
|    Labor Costs | - |
|    Occupancy and other expenses | 78,751 |
|    General and administrative expenses | - |
|    Depreciation and amortization | 6,388 |
|    Impairment of long-lived assets | - |
|      Total costs and expenses | 85,139 |
| Income from operations | (85,139) |
| Interest expense | - |
| Interest income | |
| Gain/(Loss) on Sale | |
| Other Income (Expense) | - |
| Income before income taxes and reorg. | (85,139) |
| | |
| Reorg Expense/(Income) | - |
| Income tax expense | - |
| Net income | $ (85,139) |

Income Statement as % of Revenues

| | |
|---|---:|
| Costs and expenses: | |
|    Food Costs | - |
|    Labor Costs | - |
|    Occupancy and other expenses | - |
|    General and administrative expenses | - |
|    Depreciation and amortization | - |
|    Impairment of long-lived assets | - |
|      Total costs and expenses | - |
| Income from operations | - |
| Interest expense | - |
| Interest income | - |
| Gain/<Loss> property disposal | - |
| Other Income (Expense) | - |
| Income before income taxes and reorg. | - |
| | - |
| Reorg Expense/(Income) | - |
| Income before income taxes | - |
| Income tax expense | - |
| Net income | - |

## DECLARATION OF ROBERT E. WHEATON

I, Robert E. Wheaton, under penalty of perjury and in accordance with 11 U.S.C. § 1116(1)(B), hereby declare as follows:

1. I am of sound mind and make this declaration in connection with the commencement of bankruptcy proceedings, under Subchapter V of Chapter 11 of the United States Bankruptcy Code, for Summit Family Restaurants Inc. ("Summit").
2. I have personal knowledge of the facts set forth herein.
3. I am the President, CEO, and sole director of Summit, and am authorized to provide this declaration on behalf of Summit.
4. Summit is wholly owned by Star Buffet, Inc. ("Star").
5. Summit does not prepare or file separate income tax returns. Rather, its income is reported in consolidated tax returns filed by Star.
6. As such, no independent income tax return for Summit exists or has been filed with the Internal Revenue Service.

Robert E. Wheaton

## CORPORATE RESOLUTION AND CONSENT
## OF THE
## BOARD OF DIRECTORS AND SOLE SHAREHOLDER
## OF
## SUMMIT FAMILY RESTAURANTS, INC.

April 6, 2021

The undersigned, being all of the directors and shareholders of Summit Family Restaurants, Inc. a Delaware corporation (the "Company"), hereby adopt the following resolutions without the necessity of a meeting:

**WHEREAS** it has been determined that it is in the Company's best interests to commence voluntary bankruptcy proceedings under Chapter 11 of Title 11 of the United States Code;

**WHEREAS** the Company will need legal counsel to advise the Company in connection with such bankruptcy proceedings; and

**WHEREAS** the undersigned are all of the Company's directors and the Company's sole shareholder and consent to and approve the actions described in this resolution without the need for a meeting.

**IT IS HEREBY RESOLVED** that the Company is authorized to retain the law firm of Sacks Tierney P.A. to serve as the Company's bankruptcy counsel;

**IT IS FURTHER RESOLVED** that the Company, through its officers, is authorized to file a voluntary bankruptcy petition for the Company in the United States Bankruptcy Court for the District of Arizona, and to take whatever actions are necessary and appropriate to prosecute the Company's bankruptcy proceedings; and

**IT IS FURTHER RESOLVED** that any actions to date taken by the Company or its officers in preparation for, or in furtherance of, the bankruptcy proceedings contemplated herein are hereby approved and ratified.

SUMMIT FAMILY RESTAURANTS INC.

By _____
Robert E. Wheaton
President, CEO and Sole Director


STAR BUFFET, INC.
Sole Shareholder

By _____
Robert E. Wheaton
CEO

1902292.v1