Wesley D. Ray (SBN 0026351)
Wesley.Ray@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Proposed Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUMMIT FAMILY RESTAURANTS INC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:21-bk-02477-BKM<br><br>**APPLICATION TO EMPLOY COUNSEL FOR THE DEBTOR** |

Summit Family Restaurants, Inc ("Debtor") petitions the Court as follows:

1. On April 6, 2021, Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona;

2. The Debtor desires to retain the law firm of Sacks Tierney P.A. ("Sacks") as its attorneys and has selected said attorneys for the following reasons:

 a. The Debtor desires to retain Sacks effective as of the petition date, as its attorneys to render the following services: to assist the Debtor in all matters associated with the Debtor's Chapter 11 bankruptcy proceeding; to represent the Debtor in all hearings before the Bankruptcy Court; and to negotiate and resolve all issues related to the Debtor's Chapter 11 proceeding; and

 b. The Debtor is seeking the employment of Sacks as the Debtor's counsel because it is informed that Sacks is knowledgeable and familiar with bankruptcy laws and rules and has handled similar case before the Court;

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3. To the best of the Debtor's knowledge and as evidenced by the *Verified Statement Pursuant To Rule 2014 By Proposed Attorney For Debtor* filed concurrently herewith, for purposes of 11 U.S.C. § 327, Sacks is a disinterested party and does not hold or represent an interest adverse to the Debtor's estate;

4. To the best of the Debtor's knowledge, except as otherwise described in the *Verified Statement Pursuant To Rule 2014 By Proposed Attorney For Debtor* filed concurrently herewith, Sacks has no connection with the Debtor, its creditors, or any other party in interest, or any of their respective attorneys, or any person employed in the office of the United States Trustee, and represents no interest adverse to the Debtor or the bankruptcy estate.

5. The Debtor is informed that the normal hourly billing rates of Sacks range from $325 to $545 per hour for partners, from $240 to $345 per hour for associates, and from $185 to $220 per hour for paralegal assistants. It is contemplated that compensation for services rendered will be based upon normal and usual hourly billing rates. The Debtor is informed and believes that the hourly rates are reasonable and comparable to rates charged by other attorneys in the Phoenix metropolitan area and that all attorney members of Sacks who will appear in this case are licensed to practice before this Court.

**WHEREFORE**, the Debtor prays for an order appointing the law firm of Sacks Tierney P.A. as the Debtor's attorneys effective as of the petition date, to render the services described above with compensation to be paid, at the rates described above, as an administrative expense in such amounts as this Court may hereinafter determine and allow upon application to be filed by said attorneys.

Dated: April 6, 2021.

SUMMIT FAMILY RESTAURANTS INC.

By: Robert Wheaton, President

2

2993313.v1