| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Summit Family Restaurants Inc** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:21-bk-02477-BKM |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 12, 2021**

X **/s/ Robert E. Wheaton**
Signature of individual signing on behalf of debtor

**Robert E. Wheaton**
Printed name

**CEO and sole Director**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Summit Family Restaurants Inc
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known): 2:21-bk-02477-BKM

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BSV LAMONT JCRS LLC  7250 WOODMONT AVE, STE 350  BETHESDA, MD 20814 | Terry Burka  tburka@broadstreetrealty.com  305-764-8104 | Rent | | | | $354,898.39 |
| COLORADO DEPARTMENT OF REVENUE  DENVER, CO 80261 | 303-238-7378 | Withholding taxes | | | | $3,758.30 |
| ECOLAB PEST ELIMINATION SER  26252 NETOWRK PLACE  CHICAGO, IL 60673 | 800-325-1671 | Trade supplies or service | | | | $4,331.84 |
| EL PASO TRADING POST INC  P.O. BOX 221618  EL PASO, TX 79913 | 915-886-3940 | Trade supplies or service | | | | $3,350.00 |
| GRECO AND SONS  3645 WAZEE ST  DENVER, CO 80216 | 800-333-3755 | Trade supplies or service | | | | $2,338.17 |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS  PO BOX 21126  PHILADELPHIA, PA 19114-0326 | 801-620-3095 | Payroll taxes | | | | $175,000.00 |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS  PO BOX 21126  PHILADELPHIA, PA 19114-0326 | 801-620-3095 | Payroll taxes | | | | $9,145.64 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JEFFERSON COUNTY TREASURER P.O. BOX 4007 GOLDEN, CO 80401 | 303-271-8330 | Personal property taxes | | | | $12,568.78 |
| JEFFERSON COUNTY TREASURER P.O. BOX 4007 GOLDEN, CO 80401 | 303-271-8330 | Personal property taxes | | | | $10,138.66 |
| MOYE/WHITE 1400 16TH ST. 6TH FLOOR DENVER, CO 80202 | Abby Brown abby.brown@moyewhite.com 303-292-2900 | Legal services | | | | $35,173.83 |
| RAQUELITAS TORTILLAS 3111 LARIMER ST DENVER, CO 80205 | 303-296-1672 | Trade supplies or services | | | | $3,822.92 |
| RASCO JANITORIAL SUPPLY 3198 NOME ST AURORA, CO 80010 | 303-363-6000 | Trade supplies or services | | | | $1,834.55 |
| ROCKY MOUNTAIN PRODUCE 5539 HELENA ST CENTENNIAL, CO 80015 | 303-292-6990 | Trade supplies or services | | | | $7,467.46 |
| TALISMAN QUARTET LLC 1230 S TENNYSON ST DENVER, CO 80219 | 303-937-3706 | Trade supplies or service | | | | $2,700.00 |
| US SBA 14925 KINGSFORD ROAD FORT WORTH, TX 76115 | answerdesk@sba.gov 800-689-2955 | PPP loan | Contingent | | | $1,001,563.00 |
| US SBA 14925 KINGSPORT ROAD FT WORTH, TX 76115 | | PPP loan | Contingent | | | $582,696.00 |
| US SBA OFFICE OF DISASTER ASSISTANCE 14925 KINGSPUR ROAD FORT WORTH, TX 76155 | answerdesk@sba.gov 800-689-2955 | Economic Injury Disaster Loan | | | | $150,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VERIZON**<br>**P.O. BOX 15043**<br>**ALBANY, NY 12212** | **800-837-4966** | **Utility provider** | | | | $8,500.00 |
| **XCEL ENERGY-ELECTRIC**<br>**P.O. BOX 9477**<br>**MINNEAPOLIS, MN 55484** | **800-481-4700** | **Utility provider** | | | | $3,500.00 |
| **XCEL ENERGY-GAS**<br>**P.O. BOX 9477**<br>**MINNEAPOLIS, MN 55484** | **800-481-4700** | **Utility provider** | | | | $3,000.00 |