Christopher C. Simpson, 018626
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:     csimpson@omlaw.com

Subchapter V Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings under Chapter 11 |
|---|---|
| SUMMIT FAMILY RESTUARANTS, INC., | Case No. 2:21-bk-02477-BKM |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

Christopher C. Simpson, as Subchapter V Trustee, hereby gives notice of his appearance. The Subchapter V Trustee requests that notices of all proceedings and copies of all pleadings in the above-entitled Chapter 11 proceedings be served upon the trustee as follows:

Christopher C. Simpson
Osborn Maledon, PA
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012
E-mail: csimpson@omlaw.com

DATED this 16th day of April, 2021.

                                                    OSBORN MALEDON, P.A.

                                        By    /s/ Christopher C. Simpson
                                                    Christopher C. Simpson
                                                    2929 North Central Avenue
                                                    21st Floor
                                                    Phoenix, Arizona  85012-2793
                                                    Subchapter V Trustee

| | |
|---|---|
| COPY of the foregoing sent via electronic mail this 16th day of April, 2021. | |
| Wesley D. Ray<br>Philip R. Rudd<br>Sierra M. Minder<br>Sacks Tierney P.A.<br>4250 N Drinkwater Blvd 4th Flr<br>Scottsdale AZ 85251-3693<br>Wesley.ray@sackstierney.com<br>Philip.rudd@sackstierney.com<br>Sierra.minder@sackstierney.com<br>*Attorneys for Debtor* | Patty Chan<br>United States Trustee<br>District of Arizona<br>230 N First Ave Ste 204<br>Phoenix AZ 85003-1706<br>Patty.chan@usdoj.gov<br>U.S. Trustee |

/s/ Peggy Nieto