

**402 E. Southern Ave.**
**Tempe, AZ 85282**
**Telephone: (602) 888-9229**
**Facsimile: (480) 725-0087**
**D. Lamar Hawkins – 013251**
E-Mail: lamar@guidant.law
**Alexander Karam – 033023**
E-Mail: alex@guidant.law
Counsel for Save Casa Bonita, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:21-bk-02477-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that D. Lamar Hawkins of the firm of Guidant Law PLC, as counsel for Save Casa Bonita, LLC, hereby enters appearance on the record in the above entitled bankruptcy case pursuant to Fed.R.Bankr.P. 9010(b) and formally requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notice, pleadings, motions, response and other related materials that are issued or filed in connection with this case and proceedings related thereto. Pursuant to Fed.R.Bankr.P. 2002, all notice and copies in response to the foregoing, should be directed to:

D. Lamar Hawkins
Guidant Law Firm
402 E. Southern Avenue
Tempe, AZ 85282
lamar@guidant.law

DATED this 10th day of May, 2021.

GUIDANT LAW, PLC

By: /s/D. Lamar Hawkins,#013251
    D. Lamar Hawkins
    Alexander Karam
    402 East Southern Avenue
    Tempe, AZ 85282
    Counsel for the Save Casa Bonita, LLC

1

COPY of the foregoing mailed, or served
via electronic notification* or fax** if so marked,
this 10th day of May, 2021, to:

Patty Chan* patty.chan@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

Sierra M Minder* sierra.minder@sackstierney.com
Wesley Denton Ray* Ray@SacksTierney.com
Philip R. Rudd* Rudd@SacksTierney.com
SACKS TIERNEY
4250 N Drinkwater Blvd, Fourth Floor
Scottsdale, AZ 85251
*Attorneys for Debtor*

Christopher Charles Simpson* csimpson@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Ave., 21st Fl.
Phoenix, AZ 85012
*Subchapter V Trustee*

Bradley D. Pack* bdp@eblawyers.com
ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
*Attorneys for BSV Lamont JCRS, LLC*

Christopher J. Dawes* CDawes@foxrothschild.com
Heather Ries* HRies@foxrothschild.com
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
*Attorneys for BSV Lamont JCRS, LLC*

BY: /s/ Heidi Scheving

2