

**402 E. Southern Ave.**
**Tempe, AZ 85282**
**Telephone: (602) 888-9229**
**Facsimile: (480) 725-0087**
**D. Lamar Hawkins – 013251**
E-Mail: lamar@guidant.law
**Alexander Karam – 033023**
E-Mail: alex@guidant.law
Counsel for Save Casa Bonita, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SUMMIT FAMILY RESTAURANTS, INC., | Case No. 2:21-bk-02477-BKM |
| Debtor. | **SAVE CASA BONITA, LLC'S JOINDER IN BSV LAMONT JCRS LLC'S MOTION FOR RULE 2004 EXAMINATION OF DEBTOR AND PRODUCTION OF DOCUMENTS** |

Creditor SAVE CASA BONITA, LLC ("**Save Casa Bonita**"), by and through its undersigned counsel of record, hereby joins in BSV Lamont JCRS LLC's *Motion for Rule 2004 Examination of Debtor and Production of Documents* [DE 25] ("**Rule 2004 Motion**") and states that it will join in receipt of documents produced by and participate in the Rule 2004 Examination of the Debtor. In support of its joinder, Save Casa Bonita states as follows:

1. Save Casa Bonita has purchased and is interested in purchasing certain claims in order to save the Summit Family Restaurants, Inc. d/b/a Casa Bonita.

2. Save Casa Bonita's objective in this case is to ensure the long-term viability of the Casa Bonita restaurant.

**WHEREFORE**, for the foregoing reasons, Save Casa Bonita will fully participate in the Rule 2004 examination that BSV Lamont JCRS LLC seeks to conduct of the Debtor and that any documents provided by the Debtor to BSV Lamont JCRS LLC in connection with that Rule 2004 examination also be provided to Save Casa Bonita.

1

DATED this 10th day of May, 2021.

GUIDANT LAW, PLC

By: /s/D. Lamar Hawkins, #013251
D. Lamar Hawkins
Alexander Karam
402 East Southern Avenue
Tempe, AZ 85282
Counsel for the Save Casa Bonita, LLC

COPY of the foregoing mailed, or served
via electronic notification* or fax** if so marked,
this 10th day of May, 2021, to:

Patty Chan* patty.chan@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

Sierra M Minder* sierra.minder@sackstierney.com
Wesley Denton Ray* Ray@SacksTierney.com
Philip R. Rudd* Rudd@SacksTierney.com
SACKS TIERNEY
4250 N Drinkwater Blvd, Fourth Floor
Scottsdale, AZ 85251
*Attorneys for Debtor*

Christopher Charles Simpson* csimpson@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Ave., 21st Fl.
Phoenix, AZ 85012
*Subchapter V Trustee*

Bradley D. Pack* bdp@eblawyers.com
ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
*Attorneys for BSV Lamont JCRS, LLC*

Christopher J. Dawes* CDawes@foxrothschild.com
Heather Ries* HRies@foxrothschild.com
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
*Attorneys for BSV Lamont JCRS, LLC*

BY: /s/ Heidi Scheving