Wesley D. Ray (SBN 026351)
Wesley.Ray@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:21-bk-02477-BKM<br><br>**INITIAL STATUS CONFERENCE REPORT**<br><br>**HRG DATE:** June 15, 2021<br>**HRG TIME:** 11:00 a.m.<br>**HRG NUM:** 877-336-1829<br>**PASSCODE:** 5564497 |

Summit Family Restaurants Inc (the "Debtor"), debtor-in-possession in the above captioned bankruptcy case, hereby submits this *Initial Status Conference Report* pursuant to the *Notice of and Order Setting Telephonic Hearing for Case Management Status Conference in Chapter 11 Subchapter V Case* (Dkt. No. 6), and as required by 11 U.S.C. § 1188(c), and states as follows:

1. **The nature and status of the Debtor's operations**.

While historically the Debtor operated several businesses, currently its sole operating business is a large restaurant and entertainment center known as Casa Bonita. Casa Bonita is located outside of Denver, Colorado, in Jefferson County, in a shopping center at 6715 West Colfax Ave, Lakewood, Colorado, 80214 (the "Premises"). The Debtor leases the Premises from BSV Lamont JCRS, LLC (the "Landlord") under a lease agreement dated September 12, 2014 (the "Lease"). Casa Bonita is a nationally known attraction offering a comprehensive dining and entertainment experience featuring cliff diving shows, stage shows highlighting sword swallowers and magicians, live music, an amusement arcade, and a large gift shop. Casa Bonita historically has had between 150 and 300 employees, dependent on season. Casa Bonita is 50,837 square feet and has a total seating for around 1200 patrons.

Until the COVID-19 global pandemic, the Debtor successfully operated Casa Bonita since 1997, and, in recent history, consistently generated annual revenues in excess of 6 million dollars. Due to the COVID-19 pandemic, Colorado's Governor Polis issued Executive Orders mandating the closure of all indoor restaurants and entertainment, including Casa Bonita from March 17, 2020 through September 5, 2020. Thereafter, due to rapidly increasing levels of COVID-19 in Jefferson County, the County was moved to "Level Red," resulting in the continued mandatory closure of all indoor dinning from November 17, 2020 to January 4, 2021. From March 17, 2020 until March 23, 2021, when not mandated to be closed, even with the most lenient capacity restrictions Casa Bonita would have only been able to operate at 2% to 18% of its seated capacity. Due to Casa Bonita's size and business model, the Debtor could not viably consider reopening it until it was able to operate

at a higher capacity. Additionally, not until the day before the Petition Date, on April 5, 2021, were restrictions prohibiting restaurants from having games and dancing lifted.

Since the Jefferson County and State COVID restrictions have relaxed, the Debtor has been earnestly working to reopen Casa Bonita as quickly as possible. The Debtor, like most businesses, have been forced to adapt and reevaluate in order to cope with the fallout of COVID-19. Under the current regulations, the Debtor is confident it will be able to implement new safety policies and adapt Casa Bonita's business flow so that it can open safely to the public, while still providing the one of kind dining and entertainment experience patrons have come to expect from Casa Bonita over the last 40+ years.

Reopening an establishment of Casa Bonita's magnitude is a significant undertaking, and the Debtor is pleased to report it is making substantial progress. As of this report date the debtor has hired 20 employees and has received indications of interest from over 75 former employees that plan to return when a reopening date has been finalized. The Premises has been thoroughly cleaned and sanitized and a fresh coat of paint has been applied as necessary. The gift shop and arcade are ready to accept guests and free tours of the restaurant are scheduled to commence this week. When remaining repairs have been completed a reopening plan will be submitted to the Jefferson County Department of Public Health.

2. **The factors that led to the bankruptcy filing.**

Due to the extended, forced closures of Casa Bonita and other adverse impacts resulting from of the COVID-19 pandemic on the restaurant and entertainment industry (collectively, the "COVID Impacts"), the Debtor's operations and revenues suffered greatly

in 2020 and so far in 2021. The Debtor has no source of revenue other than from the operation of Casa Bonita. While it paid it's rent as long as possible, due to the COVID Impacts, the Debtor fell behind on its rent payments under the Lease. Despite the Debtor's assurance that it intended to reopen Casa Bonita as soon as possible and address its back rent, the Landlord brought suit for unlawful detainer in Colorado state court. That action ultimately led to the Debtor's bankruptcy filing.

3. **Whether the Debtor has complied with 11 U.S.C. §§ 1187(a) and (b).**

The Debtor has complied with 11 U.S.C. §§ 1187(a) and (b) to the best of its knowledge and ability.

4. **Whether counsel has been appointed.**

Sacks Tierney, P.A. has been appointed as the Debtor's counsel. *See* Dkt No. 11.

5. **Whether Debtor will seek to employ any other professionals.**

At this time, the Debtor does not intend to seek employment of any other professionals under 11 U.S.C. § 327. However, should it become apparent that an asset sale is in the best interest of the Debtor's bankruptcy estate, the Debtor may seek the employment of a broker. The Debtor also reserves its right to seek the employment of any other professional necessary to the administration of this bankruptcy case, should the need arise.

6. **Whether required reports have been filed.**

All required reports have been filed to date by the Debtor.

7. **Whether administrative operating expenses have been paid on a current basis.**

The Debtor has been paying its ordinary and necessary post-petition operating expenses, including its post-petition rent.

8. **Any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.**

The Landlord asserts that the Venue of these bankruptcy proceedings is improper and should be transferred. *See* Dkt No. 29. The Debtor disputes this assertion. *See* Dkt No. 44. The Landlord also asserts that in addition to the post-petition rents under the lease, it is owed liquidated damages in the in the amount of $14,400 per week for every week that Casa Bonita is not reopen post-petition. *See* Dkt No. 30. The Debtor also disputes this assertion. *See* Dkt No. 45. These matters are set for hearing June 22, 2021 at 11am. *See* Dkt No. 34.

The landlord asserts, in addition to the approximately $387,000 in back rent, it is owed $417,600 in pre-petition liquidated damages. As with the liquidated damages sought post-petition, the Debtor disputes the Landlord's entitlement to pre-petition liquidated damages.

**The status of all FICA, FUTA and other employee withholdings.**

The Debtor is current on all applicable post-petition FICA, FUTA and other employee withholdings with respect to its employees.

9. **The status of any litigation involving Debtor.**

All litigation involving the Debtor has been stayed pending these bankruptcy proceedings.

10. **The deadline for filing proofs of claim and interests.**

The deadline for filing proofs of claim is currently June 15, 2021.

11. **The deadline for filing a plan and the status of plan negotiations.**

The deadline for filing a plan of reorganization is currently July 6, 2021.

The Debtor is currently focused on getting Casa Bonita fully reopened and profitably operating. The Debtor continues to analyze its options to maximum the value of its bankruptcy estate and will construct a plan accordingly. To the extent it is not already doing so, the Debtor intends to engage in substantive good-faith negotiations with its landlord, vendors, and other key parties in interest. It is the Debtor's hope that through these negotiations, and in collaboration with the appointed Subchapter V Trustee, a consensual plan can be formulated and ultimately confirmed. The Debtor reserve its right, however, to seek confirmation of a plan under 11 U.S.C. § 1191(b) if a consensual plan cannot be negotiated.

DATED: June 1, 2021.

**SACKS TIERNEY P.A.**

By: _____
    Wesley D. Ray
    Philip R. Rudd
    Sierra M. Minder
    *Attorneys for Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on June 1, 2021, to:

| | |
|---|---|
| Patty Chan * Patty.Chan@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Ave., Ste. 204<br>Phoenix, AZ 85003-1706 | Christopher C. Simpson *<br>csimpson@omlaw.com<br>OSBORN MALEDON, P.A.<br>2929 N. Central Ave., 21st Floor<br>Phoenix, AZ 85012<br>*Subchapter V Trustee* |
| Bradley D. Pack * bdp@eblawyers.com<br>ENGLEMAN BERGER, P.C.<br>2800 North Central Ave., Ste. 1200<br>Phoenix, AZ 85004<br>*Attorneys for BSV Lamont JCRS, LLC* | Christopher J. Dawes *<br>cdawes@foxrothschild.com<br>Heather L. Ries * hries@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>1225 17th Street, Suite 2200<br>Denver, CO 80202<br>*Attorneys for BSV Lamont JCRS, LLC* |
| Lamar Hawkins * lamar@guidant.law<br>GUIDANT LAW FIRM<br>402 E. Southern Avenue<br>Tempe, AZ 85282<br>*Attorneys for Save Casa Bonita, LLC* | |

By:   Sierra M. Minder

6
Case 2:21-bk-02477-BKM    Doc 49    Filed 06/01/21    Entered 06/01/21 15:49:17    Desc
Main Document    Page 6 of 6
3037984.v3